| | |
|---|---|
| Reginald Von Terrell<br>THE TERRELL LAW GROUP<br>Post Office Box 13315, PMB #148<br>Oakland, CA 94661<br>Telephone: (510) 237-9700<br>Facsimile: (510) 237-4616<br>Email: reggiet2@aol.com<br><br>Attorneys for Plaintiff<br>AYANNA NOBLES, on behalf of herself<br>and others similarly situated | C. Brandon Wisoff (SBN 121930)<br>FARELLA BRAUN & MARTEL LLP<br>235 Montgomery Street, 17th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 954-4400<br>Facsimile: (415) 954-4480<br>Email: bwisoff@fbm.com<br><br>Jeremy Feigelson (*admitted pro hac vice*)<br>Jeffrey S. Jacobson (*admitted pro hac vice*)<br>DEBEVOISE & PLIMPTON LLP<br>919 Third Avenue<br>New York, NY 10022<br>Telephone: (212) 909-6000<br>Facsimile: (212) 521-7230<br>Email: jsjacobs@debevoise.com<br>Email: jfeigelson@debevoise.com<br><br>Frederick B. Warder, III (*admitted pro hac vice*)<br>PATTERSON BELKNAP WEBB &<br>  TYLER LLP<br>1133 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 336-2000<br>Facsimile: (212) 336-2222<br>Email: fbwarder@pbwt.com<br><br>Attorneys for Defendants<br>L'ORÉAL USA, INC. and<br>MAYBELLINE, LLC |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| AYANNA NOBLES, on behalf of herself and others similarly situated,<br><br>     Plaintiffs,<br><br> v.<br><br>L'ORÉAL USA, INC., a Delaware corporation; MAYBELLINE, LLC, a New York limited liability company dba MAYBELLINE, NEW YORK,<br><br>     Defendants. | Case No. 3:13-cv-01911-CRB<br>Hon. Charles R. Breyer<br><br>JOINT STIPULATION TO AMEND AND TRANSFER, AND ORDER |

1  WHEREAS, Plaintiff Ayanna Nobles and Defendants L'Oréal USA, Inc. and Maybelline,
2  LLC, a New York limited liability company d/b/a Maybelline, New York (collectively
3  "Defendants") are presently named parties in the above captioned litigation; and

4  WHEREAS, on August 22, 2013, the Court ordered the parties to show cause why this action
5  and the related action *Orshansky v. L'Oréal USA, Inc., et al.*, Case No. 3:12-cv-06342, should or
6  should not be transferred to the United States District Court for the Southern District of New York;

7  Now, therefore, Plaintiff Ayanna Nobles and Defendants, by and through their respective
8  counsel of record, hereby stipulate as follows:

9  1.  By September 16, 2013, Plaintiff and counsel for Liat Orshansky, plaintiff in the related
10  action *Orshansky v. L'Oréal USA, Inc., et al.*, Case No. 3:12-cv-06342, will file an amended
11  complaint in this action, adding Ms. Orshansky as a plaintiff and omitting the currently-pleaded
12  claims respecting the mascara products, Maybelline's Volum'Express The Falsies and L'Oréal Paris'
13  Voluminous False Fiber Lashes, thus pleading claims only with respect to SuperStay 14HR Lipstick
14  and SuperStay 10 Stain Gloss. Following that amendment, pursuant to 28 U.S.C. s. 1404(a), all
15  parties consent to the transfer of this action to the United States District Court for the Southern
16  District of New York, where an earlier-filed matter pertaining to the same products, *Leebove v.*
17  *Maybelline, LLC*, No. 1:12-cv-07146 (S.D.N.Y.), is pending, and to which this action should be
18  considered related upon transfer to the Southern District of New York. Plaintiff agrees that she will
19  not oppose the consolidation of this action with the *Leebove* action once this action is transferred.

20  2.  By September 16, 2013, Plaintiff and counsel for Liat Orshansky, shall file an amended
21  complaint in *Orshansky v. L'Oréal USA, Inc., et al.*, Case No. 3:12-cv-06342, adding Ms. Nobles as
22  a plaintiff and omitting the currently-pleaded claims respecting Maybelline's SuperStay 14HR
23  Lipstick and SuperStay 10 Stain Gloss, and thus pleading claims only with respect to the mascara
24  products described above. Defendants do not object to *Orshansky v. L'Oréal USA, Inc., et al.*, Case
25  No. 3:12-cv-06342, as so amended, remaining venued in this District before this Court subject to the
26  Court's discretion pursuant to 28 U.S.C. section 1404(a).

27
28

JOINT STIPULATION TO AMEND AND TRANSFER AND ORDER
Case No. 3:13-cv-0911-CRB

-2-

23719665v1

1  IT IS SO STIPULATED.

2  DATED: September 9, 2013.

THE TERRELL LAW GROUP

By: /s/ Reginald Von Terrell
    Reginald Von Terrell

Attorneys for Plaintiff LIAT ORSHANSKY

FARELLA BRAUN & MARTEL LLP

By: /s/ C. Brandon Wisoff
    C. Brandon Wisoff

DEBEVOISE & PLIMPTON LLP

By: /s/ Jeffrey S. Jacobson
    Jeffrey S. Jacobson

PATTERSON BELKNAP WEBB & TYLER LLP

By: /s/ Frederick B. Warder, III
    Frederick B. Warder, III

Attorneys for Defendants L'OREAL USA, INC. and MAYBELLINE LLC

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 9/10/2013

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED — Judge Charles R. Breyer]

Hon. Charles R. Breyer
United States District Judge

JOINT STIPULATION TO AMEND AND TRANSFER AND ORDER
Case No. 3:13-cv-0911-CRB

-3-

23719665v1