1  Reginald Von Terrell
   THE TERRELL LAW GROUP
2  Post Office Box 13315, PMB #148
   Oakland, CA 94661
3  Telephone: (510) 237-9700
   Facsimile: (510) 237-4616
4  Email: reggiet2@aol.com

5  Attorneys for Plaintiff
   AYANNA NOBLES, on behalf of herself
6  and others similarly situated

7

   Peter Afrasiabi
8  ONE LLP
   400 MacArthur Boulevard
9  Newport Beach, CA 92660
   Telephone: (949) 502-2870
10 Email: pafrasiabi@onellp.com

11 Attorneys for Plaintiff
   LIAT ORSHANSKY, on behalf of herself
12 and others similarly situated

   C. Brandon Wisoff (SBN 121930)
   FARELLA BRAUN & MARTEL LLP
   235 Montgomery Street, 17th Floor
   San Francisco, CA 94104
   Telephone: (415) 954-4400
   Facsimile: (415) 954-4480
   Email: bwisoff@fbm.com

   Frederick B. Warder III (*admitted pro hac vice*)
   PATTERSON BELKNAP WEBB &
      TYLER LLP
   1133 Avenue of the Americas
   New York, NY 10036
   Telephone: (212) 336-2000
   Facsimile: (212) 336-2222
   Email: fbwarder@pbwt.com

   Jeremy Feigelson (*admitted pro hac vice*)
   Jeffrey S. Jacobson (*admitted pro hac vice*)
   DEBEVOISE & PLIMPTON LLP
   919 Third Avenue
   New York, NY 10022
   Telephone: (212) 909-6000
   Facsimile: (212) 521-7230
   Email: jsjacobs@debevoise.com
   Email: jfeigelson@debevoise.com

   Attorneys for Defendants
   L'ORÉAL USA, INC. and
   MAYBELLINE, LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| AYANNA NOBLES and LIAT ORSHANSKY, on behalf of themselves and others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> L'ORÉAL USA, INC., a Delaware corporation; MAYBELLINE, LLC, a New York limited liability company dba MAYBELLINE, NEW YORK, <br><br> Defendants. | Case No. 3:13-cv-01911-CRB <br> *Related Case No.: 4:12-cv-06342-CRB* <br><br> JOINT STIPULATION TO TRANSFER AND ORDER |

JOINT STIPULATION TO TRANSFER AND [PROPOSED] ORDER
Case No. 3:13-cv-0911-CRB

6414767v.1

WHEREAS, on September 10, 2013, the Court entered an order (the "Order") approving the Parties' stipulation to amend the Complaint in this case in anticipation of transfer to the United States District Court for the Southern District of New York, at which juncture all Parties intend to seek consolidation of this action with an earlier-filed related action pending there captioned *Leebove v. Maybelline, LLC*, No. 1:12-cv-07146 (S.D.N.Y.) ; and

WHEREAS, on October 3, 2013, Plaintiffs filed the First Amended Complaint herein pursuant to the Order; and

WHEREAS the Parties hereto respectfully submit that, pursuant to the Order and to 28 U.S.C. § 1404(a) and the first to file doctrine, this action should now be transferred to the United States District Court for the Southern District of New York in the interest of justice and on consent of all parties.

Now, therefore, Plaintiffs and Defendants, by and through their respective counsel of record, hereby stipulate as follows:

1. Pursuant to 28 U.S.C. § 1404(a) and the first to file doctrine, all parties consent to the transfer of this action to the United States District Court for the Southern District of New York, where an earlier-filed and related action pertaining to the same cosmetic products at issue herein, captioned *Leebove v. Maybelline, LLC*, No. 1:12-cv-07146 (S.D.N.Y.), is pending.

IT IS SO STIPULATED.

DATED: October 4, 2013.

THE TERRELL LAW GROUP

By: /s/ *Reginald Von Terrell*
Reginald Von Terrell

Attorneys for Plaintiff AYANA NOBLES

ONE LLP

By: /s/ *Peter Afrasiabi*
Peter Afrasiabi

Attorneys for Plaintiff LIAT ORSHANSKY

JOINT STIPULATION TO TRANSFER AND [PROPOSED] ORDER
Case No. 3:13-cv-0911-CRB

6414767v.1

|   |   |
|---|---|
| 1 | FARELLA BRAUN & MARTEL LLP |
| 2 | By:  /s/ *C. Brandon Wisoff*<br>         C. Brandon Wisoff |
| 4 | Frederick B. Warder III (*admitted pro hac vice*)<br>PATTERSON BELKNAP WEBB &<br>   TYLER LLP |
| 5 | 1133 Avenue of the Americas<br>New York, NY 10036 |
| 7 | Jeremy Feigelson (*admitted pro hac vice*)<br>Jeffrey S. Jacobson (*admitted pro hac vice*)<br>DEBEVOISE & PLIMPTON LLP |
| 8 | 919 Third Avenue<br>New York, NY 10022 |
| 10 | Attorneys for Defendants L'ORÉAL USA, INC. and<br>   MAYBELLINE, LLC |

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1**

I, Brandon Wisoff, am the ECF User whose ID and password are being used to file this Stipulation And Proposed Order. In compliance with Civil L.R. 5-1, I hereby attest that the concurrence in the filing of this document has been obtained from each of the signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 4th day of October 2013.

                                                  /s/ *C. Brandon Wisoff*
                                                       C. Brandon Wisoff

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED:  October 8, 2013

                                        _____
                                        Hon. Cha[rles R. Breyer]
                                        United S[tates District Judge]

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]*

29152\3905554.1

JOINT STIPULATION TO TRANSFER AND [PROPOSED] ORDER
Case No. 3:13-cv-0911-CRB

-3-

6414767v.1